**154**

Ronnie SNOW and Sandra
Snow, Appellants,

v.

MONTGOMERY WARD AND
COMPANY, INC.
Respondent.

No. WD 41435.

Missouri Court of Appeals,
Western District.

Feb. 6, 1990.

Motion for Rehearing and/or Transfer to
Supreme Court Denied March 27, 1990.

Robert K. Ball, II., Kansas City, for appellants.

Frederick J. Wilkins, Kansas City, for respondent.

Before SHANGLER, P.J., and
TURNAGE and KENNEDY, JJ.

ORDER

PER CURIAM.

The plaintiffs Ronnie Snow and Sandra Snow brought a strict products liability action against a lawn mower manufacturer for damages and loss of consortium. The plaintiffs appeal from a judgment entered on a jury verdict in favor of the manufacturer. The points of error relate to evidentiary rulings.

The judgment is affirmed. Rule 84.16(b).